IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOGUMILA JOCHIM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEAN MADELINE EDUCATION | : | |
| CENTER OF COSMETOLOGY, INC. | : | |
| d/b/a THE JEAN MADELINE AVEDA | : | |
| INSTITUTE | : | NO. 13-6564 |

ORDER

AND NOW, this 8th day of April, 2015, upon consideration of defendant Jean Madeline Education Center of Cosmetology, Inc., d/b/a The Jean Madeline Aveda Institute's motion for summary judgment (docket entry #33), plaintiff Bogumila Jochim's response in opposition thereto, defendant's reply, plaintiff's motion to strike defendant's expert report submitted in its reply (docket entry #43), and defendant's response in opposition thereto, and for the reasons set forth in our Memorandum issued this day in this case, it is hereby ORDERED that:

1. Defendant's motion for summary judgment (docket entry #33) is GRANTED;

2. Plaintiff's motion to strike (docket entry #43) is DENIED AS MOOT; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.